this ground of objection unless it was contained in the specifications.

The motion by the bankrupt to dismiss the petition to review and to sustain the order of the Referee is granted.

Settle order on notice.

effect with the Securities and Exchange Commission is a security. The documents recite in substance that the named person has become a member of a cooperative association and entitled to participate in the distribution of certain profits. The certificate is curiously worded but that is the effect of it. Profit sharing agreements are securities within the meaning of the statute. § 77e, Title 15 U.S.C.A.

The motion to quash is overruled. An order to that effect will be entered June 18, 1941.

### UNITED STATES v. DAVIS et al.
### No. 32220.

District Court, N. D. Illinois, E. D.
June 18, 1941.

### In re COLES A. DOTY, Inc.
### No. 37258.

District Court, E. D. New York.
Aug. 8, 1941.

J. Albert Woll, Dist. Atty., of Chicago, Ill., for government.

Edward J. Hess, of Chicago, Ill., for defendant C. Franklin Davis.

Justus Chancellor, Jr., of Chicago, Ill., for defendant Justus Chancellor, Sr.

E. W. Van Dyke, of Milwaukee, Wis., for defendant Charles E. Oldenberg.

HOLLY, District Judge.

I am of the opinion that the certificate which the defendants are charged in counts 19 to 24 with sending through the mails without having a registered statement in

Louis Winer, of Cedarhurst, N. Y., for trustee.